**NATALIE K. WIGHT, OSB #035576**
United States Attorney
District of Oregon
**MICHAEL J. JETER, OSB #165413**
Assistant United States Attorney
michael.jeter@usdoj.gov
United States Attorney's Office
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2936
Telephone: (503) 727-1000
      Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# MEDFORD DISTRICT

| | |
|---|---|
| **RONALD C. SCHAAF, et al.**, | Case No. 1:22-cv-00728-AA |
| Plaintiffs, | |
| v. | JOINT STATUS REPORT |
| **UNITED STATES BUREAU OF LAND MANAGEMENT OREGON, et al.**, | |
| Defendants. | |

Pursuant to the Court's April 12, 2024, scheduling order, the Parties hereby submit their joint status report. To date, three of the four federal agencies assert that they have provided their final disclosures to Plaintiffs.

**The U.S. Bureau of Land Management Headquarters ("BLM HQ")**

On August 30, 2022, in response to FOIA request tracking number DOI-BLM-2021-000331, BLM HQ disclosed 225 pages of responsive records. On February 27, 2023, BLM HQ provided 47 pages to Plaintiffs through an interim disclosure. On March 21, 2023, BLM disclosed an additional 26 pages of responsive records to Plaintiffs in its final response to the FOIA request.

**BLM of Oregon and Washington ("BLM OR/WA")**

In response to FOIA request tracking number DOI-BLM2021-001950, BLM OR/WA produced 103 pages of responsive records in March and April of 2021 during the administrative stage prior to this litigation. BLM OR/WA's disclosures made at the administrative stage were the agency's final response to Plaintiffs' FOIA request.

**Customs and Border Protection ("CBP")**

On March 22, 2023, CBP made its final disclosure of 123 pages of responsive records to Plaintiffs.

**Federal Bureau of Investigation ("FBI")**

The FBI has identified approximately 5,773 pages of records that are potentially responsive to Plaintiffs' FOIA request, and will produce any responsive, non-exempt, reasonably segregable portions of those records to Plaintiff on a rolling

basis. The FBI anticipates that it will process approximately 500 pages each month and make productions of responsive, non-exempt, reasonable segregable portions of those records on the last business day of each month. The final remaining documents currently being processed by the FBI have been referred to the U.S. Department of State ("DOS") for consultation because DOS has equities in those records. DOS is currently processing the consultation request and once complete, the FBI will determine what documents, if any, it will produce to Plaintiffs.

The Parties will reconvene after the FBI has finalized its disclosures and determine whether any issues remain to be resolved on summary judgment.

Respectfully Submitted this 18th day of June, 2024.

| | |
|---|---|
| /s/ *David A. Bahr*<br>DAVID A. BAHR (OSB #90199)<br>Bahr Law Offices, P.C.<br>Counsel for Plaintiffs | NATALIE K. WIGHT<br>United States Attorney<br>District of Oregon<br><br>/s/ *Michael J. Jeter*<br>MICHAEL J. JETER<br>Assistant United States Attorney<br>Attorneys for Defendants |